UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
PARMALAT BRASIL S.A.                              Case No. 11-mc-00077-P1
INDUSTRIA DE ALIMENTOS        Plaintiff,

   -against-

GLG Partners, Inc.              Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Peter Chaffetz**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PC0562      My State Bar Number is 1650688

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Chaffetz Lindsey LLP
            FIRM ADDRESS: 1350 Ave. of the Americas, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212.257.6960
            FIRM FAX NUMBER: 212.257.6950

NEW FIRM:   FIRM NAME: Chaffetz Lindsey LLP
            FIRM ADDRESS: 505 Fifth Avenue, 4th Floor, New York, NY 10017
            FIRM TELEPHONE NUMBER: 212.257.6960
            FIRM FAX NUMBER: 212.257.6950

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/3/2012

_____
ATTORNEY'S SIGNATURE