UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

PARMALAT BRASIL S.A.                          Case No. 11-mc-00077
INDUSTRIA              Plaintiff,

      -against-

GLG Partners, Inc.         Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Yasmine Lahlou
FILL IN ATTORNEY NAME

My SDNY Bar Number is: YL4137      My State Bar Number is 4118956

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Chaffetz Lindsey LLP
                     FIRM ADDRESS: 1350 Ave. of the Americas, New York, NY 10019
                     FIRM TELEPHONE NUMBER: 212.257.6960
                     FIRM FAX NUMBER: 212.257.6950

NEW FIRM:      FIRM NAME: Chaffetz Lindsey LLP
                     FIRM ADDRESS: 505 Fifth Avenue, 4th Floor, New York, NY 10017
                     FIRM TELEPHONE NUMBER: 212.257.6960
                     FIRM FAX NUMBER: 212.257.6950

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/3/2012

_____
ATTORNEY'S SIGNATURE